(eff. 3/10)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ROBIN R. ARSENAULT

    V.                        CA11-61S

MIDLAND CREDIT MANAGEMENT, INC., et al.

### STANDARD RULE 16(b) SCHEDULING CONFERENCE NOTICE

A Rule 16(b) pretrial scheduling conference regarding the above case will be held before United States Magistrate Judge Lincoln D. Almond in Courtroom A on JUNE 3, 2011 at 11:30 a.m.

In order to facilitate an informed discussion of the merits of the case and the prospect for settlement, lead counsel are required to confer _prior_ to that time for the following purposes (pursuant to counsel's obligations under Fed. R. Civ. P. 26(f)):

1. Exchanging relevant information and documents;

2. Identifying the facts that are in dispute;

3. Identifying the legal issues;

4. Identifying as precisely as possible the nature of the discovery contemplated by each party;

5. Exploring the possibility of settlement before substantial expenditures of time and money are made;

6. Possible referral to ADR (Alternative Dispute Resolution) in the form of a mandatory Settlement Conference before a Magistrate Judge or a conference with the ADR Administrator (the ADR Summary can be found at www.rid.uscourts.adr.asp).

In addition, at least seven (7) days prior to the conference, counsel for each party asserting a claim (including a counterclaim and/or cross-claim) shall _electronically file_ a written statement no longer than three (3) pages in length which summarizes the facts of the case and identifies any legal issues

which may arise.

    Trial counsel(including counsel admitted *pro hac vice*) must attend the conference, unless previously excused by the presiding judge, and should be prepared to discuss each of the aforementioned subjects.

    **Counsel are instructed to notify the clerk for the undersigned judge if counsel for any party has been omitted from the list of counsel receiving this notice**.



 /s/Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
MAY 17, 2011


**Notice Sent To:**
Dana M. Horton, Esq.
Robert E. Johnson, Jr., Esq.
John T. Longo, Esq.
Daniel F. Sullivan, Esq.
Kara Thorvaldsen, Esq.