UNTED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **ROBIN R. ARSENAULT**<br>    Plaintiff<br><br>    v.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.,**<br>**MIDLAND FUNDING LLC, LAW OFFICES**<br>**HOWARD LEE SCHIFF, PC & EQUIFAX**<br>**INFORMATION SERVICES, LLC**<br>    Defendant | **CA NO: 11-061** |

### ENTRY OF APPEARANCE

I, Christopher M. Lefebvre, hereby enter my appearance for the Plaintiff, Robin Arsenault, in the above entitled matter.

/s/Christopher M. Lefebvre, Esq. #4019
Claude Lefebvre, Christopher Lefebvre, PC
P.O. Box 479 · Pawtucket · RI · 02862
Tel.: (401) 728-6060 · Fax: (401) 728-6534

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the above was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that I will cause a copy to be served on any individual listed on the NEF as not being registered participants, at the respective addresses listed therein, by first class mail, postage prepaid.

/s/ Christopher M. Lefebvre